IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KWESI B. AMONOO,

               Plaintiff,                            ORDER

  v.

                                                 16-cv-125-slc

WASHETAS, *et al.*,

               Defendants.

---

This case is scheduled for trial on September 17, 2018 on plaintiff Kwesi Amonoo's claims of deliberate indifference and medical malpractice against Dr. Salam Syed. On May 24, 2018, this court set August 17, 2018 as the deadline for the parties to file their pretrial submissions, which would include motions in limine, proposed voir dire questions, proposed jury instructions and proposed verdict forms, as well as any disclosures required under Fed. R. Civ. P. 26(a)(3). *See* dkts. 22, 96. It is now August 22 and the court has not received any submissions from plaintiff. In addition, plaintiff has not asked the court to issue any subpoenas or writs to ensure that any witnesses that he would like to call at his trial are present in court.

The most pressing of these concerns are whether plaintiff wishes to call any witnesses to testify at trial. The court needs to know this in order to ensure the proper writs or subpoenas are issued in advance of trial. Accordingly, IT IS ORDERED that:

    1. Not later than **Friday, August 24, 2018**, defendant shall advise the court and plaintiff whether it intends to call Dr. Syed to testify at trial.

    2. Not later than **Wednesday, August 29, 2018**, plaintiff should submit to the court and opposing counsel the names of the witnesses he would like to call, along with an affidavit showing that the witness has first-hand knowledge of facts directly related to the issue to be tried.

3. Plaintiff's new deadline for filing motions in limine, exhibits, proposed voir dire, proposed jury instructions and a proposed special verdict form is **Monday, September 3, 2018**. The parties shall each have until **Monday, September 10** to submit responses to the other side's submissions.

Entered this 22nd day of August, 2018.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge