IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KWESI B. AMONOO,

    Plaintiff,

v.

LYNN WASHETAS, CANDACE WARNER,
BRENDAN INGENTHRON, JAMES EGGERS,
TODD FORSYTHE, DIANE FLADHAMMER,
JEAN FELBER, CAROL WALTER,
MATTHEW MARTINSON, DR. KARL HOFFMAN,
SALLY WESS and DR. SALAM SYED,[1]

    Defendants.

JUDGMENT IN CIVIL CASE

16-cv-125-slc

This action came for consideration before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the court has rendered a decision.

IT IS ORDERED AND ADJUDGED that judgment is entered:

1) Granting summary judgment in favor of defendants Washetas, Warner, Ingenthron, Eggers, Forsythe, Fladhammer, Felber, Walter, and Martinson, Hoffman and Wess; and

2) Granting judgment in favor of defendant Dr. Salam Syed in accordance with the jury's verdict.

Approved as to form this 18TH day of September, 2018.

_____
Stephen L. Crocker
Magistrate Judge

_____    9/19/18
Peter Oppeneer    Date
Clerk of Court

---

[1] The case caption is amended to include the full names and correct spelling of defendants as identified in the answer to plaintiff's amended complaint (dkt. #30).